NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RALPH MONROE HAIR, DOC #484707,      )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D17-3108
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____)

Opinion filed February 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Ralph Monroe Hair, pro se.

PER CURIAM.

            Affirmed.

NORTHCUTT, KHOUZAM, and LUCAS, JJ., Concur.